[No. 7694-2-II. Division Two. June 13, 1986.]

WILLIAM MCCAULEY, ET AL, *Appellants,* v. SAFECO
INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-2-02626-9, Robert H. Peterson, J., entered
March 9, 1984. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Reed, A.C.J., and Alexander,
J.